# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERMAN HAMPTON,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EVERETTE S. VERHINE,<br>　　　　　　Defendant. | )<br>)<br>)<br>)　Civil No. 26-1089<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM OPINION

### I.　　Introduction

Pending before the court is a Motion for Service by U.S. Marshal (ECF No. 2) filed by

Herman Hampton ("Hampton" or "plaintiff") for service of a complaint on Everette S. Verhine

("Verhine" or "defendant").

### II. Discussion

Hampton, a citizen of Missouri, filed a complaint in United States District Court for the

Western District of Pennsylvania (ECF No 1) for violation of civil rights, alleging attorney

misrepresentation by defendant, a citizen of Mississippi.  Plaintiff paid the standard filing and

administrative fee to the court with his complaint. Plaintiff requests the Clerk of the Court have

the U.S. Marshal serve of the complaint on defendant. (ECF No. 2)

Service of a civil complaint s governed by the Federal Rule of Civil Procedure 4(c) which

provides in pertinent pat,

> **Rule 4.** Summons
> 　　…
> 　(c) Service.

(1) ***In General***. A summons must be served with a copy of the complaint. The plaintiff is responsible for having the summons and complaint served with the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes the service.

(2) ***By Whom***. Any person who is at least 18 years old and not a party may serve a summons and complaint.

(3) ***By a Marshal or Someone Specially Appointed***. At the plaintiff' request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under U.S.C. § 1915 or as a seaman under U.S.C. § 1916.

Fed. R. Civ. P. 4(c)(3).   Service by a marshal is not mandated in this case because Hampton is not proceeding in forma pauperis and does not appear to be a seaman. Here, this court must exercise its discretion and there should be a reason for it to do so. Commentators have noted:

> The 1983 and 1993 revisions of Rule 4 greatly restricted the occasions on which personnel of the United States marshals Service will serve process in connection with proceedings in the federal courts. … However, **before requesting service by a marshal, the plaintiff should first attempt to make service by some other means provided for in the rule; only when this proves unfeasible should the plaintiff request that the district court direct a marshal to serve the summons and complaint**.

4A WRIGHT & MILLER'S FEDERAL PRACTICE AND PROCEDURE § 1090 (2015) (emphasis added).

Hampton did not indicate in his motion that he first attempted service by other means or disclose how he attempted service. This motion will be denied, without prejudice, to permit plaintiff to attempt service as contemplated by Rule 4.[1]

---

1. Relevant to the present issue:
Rule 4**(e) Serving an Individual Within a Judicial District of the United States.** Unless federal law provides otherwise, an individual--other than a minor, an incompetent person, or a person whose waiver has been filed--may be served in a judicial district of the United States by:
**(1)** following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made; or

### III. Conclusion

For the reasons set forth above, the Motion for Service by U.S. Marshal (ECF No. 2) will be DENIED, without prejudice to plaintiff's ability to request service by U.S. Marshal if other efforts prove unfeasible.

An appropriate Order will be entered.

Dated:  June 25, 2026                                          BY THE COURT:

                                                              /s/ Joy Flowers Conti
                                                              Joy Flowers Conti
                                                              Senior United States District Court Judge

---

**(2)** doing any of the following:

**(A)** delivering a copy of the summons and of the complaint to the individual personally;

**(B)** leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or

**(C)** delivering a copy of each to an agent authorized by appointment or by law to receive service of process.

**(m) Time Limit for Service.** If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. … Fed. R. Civ. P. 4(e), (m).

3